FRANK SHEPARD COMPANY, Respondent, v. ZACHARY P. TAYLOR, Appellant.—

Motion to dismiss appeal granted, with costs, including ten dollars costs of this motion. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.